# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN LAKE, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED COLLECTION SERVICES, INC. a/k/a PERFORMANT RECOVERY, <br><br> Defendant. | Case No.: 5:13-cv-00146-TJM-DEP |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party. All parties agree that no party hereto is an infant or incompetent.

| | |
|---|---|
| /s/ Craig Thor Kimmel | /s/ Concepcion A. Montoya |
| Craig Thor Kimmel, Esquire | Concepcion A. Montoya, Esquire |
| Kimmel & Silverman, P.C. | Hinshaw & Culbertson LLP |
| 1001 Avenue of the America, 12th Floor | 780 Third Avenue, 4th Floor |
| New York, NY 10018 | New York, NY 10017 |
| Phone: 212-719-7543 | Phone: 212-471-6200 |
| Fax: 877-617-2515 | Fax: 212-935-1166 |
| Email: kimmel@creditlaw.com | Email: cmontoya@hinshawlaw.com |
| Attorney for the Plaintiff | Attorney for the Defendant |
| Date: June 14, 2013 | Date: June 14, 2013 |

BY THE COURT:

_____
David E. Peebles, U.S. Magistrate Judge

Dated: June 17, 2013